UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMARI J. MOODY,

                    Plaintiff,

          -against-

UNUM GROUP; UNUM LIFE INSURANCE
COMPANY OF AMERICA,

                    Defendants.

---

25 Civ. 9787 (JHR)

ORDER OF SERVICE

JENNIFER H. REARDEN, District Judge:

Plaintiff, appearing *pro se*, brings this action under New York State law, challenging the adjudication of his disability benefits claim.  By order dated December 9, 2025, *see* ECF No. 4, Chief Judge Laura Taylor Swain granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without the prepayment of fees.

Because Plaintiff has been granted permission to proceed IFP, Plaintiff is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1]  *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3).

To allow Plaintiff to effect service on Unum Group and Unum Life Insurance Company of America through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for both Defendants.  The

---

[1]Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires service of a summons within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summons be issued.  The Court therefore extends the time to serve until 90 days after the date any summons issues.

Clerk of Court is further directed to issue summons and deliver to the Marshals Service all necessary paperwork for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date the summons is issued, Plaintiff should request an extension of time for service.  *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request such an extension).

**Plaintiff must notify the Court in writing if Plaintiff's address changes.  The Court may dismiss the action if Plaintiff fails to do so**.

## CONCLUSION

The Clerk of Court is instructed to: (1) issue a summons for Defendants Unum Group and Unum Life Insurance Company, complete the USM-285 form with the address for each Defendant, and deliver to the U.S. Marshals Service all documents necessary to effect service; and (2) mail an information package to Plaintiff.

SO ORDERED.

Dated:    January 14, 2026
          New York, New York

_____
JENNIFER H. REARDEN
United States District Judge

**SERVICE ADDRESS FOR DEFENDANTS**

Unum Group
1 Fountain Square
Chattanooga, TN 37402

Unum Life Insurance Company of America
1 Fountain Square
Chattanooga, TN 37402