UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

AMARI J. MOODY,

                        Plaintiff,

         -against-

UNUM GROUP, et al.,

                    Defendants.

----------------------------------------------------------------X

25-CV-9787 (JHR) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On February 6, 2026, Plaintiff filed motions regarding emergency review of his motion for a temporary restraining order at ECF Nos. 24-26. By order dated February 10, 2026, the Honorable Jennifer H. Rearden denied Plaintiff's emergency motions. See ECF No. 28 at 8-12. Because Plaintiff's additional motions do not provide any additional basis for a temporary restraining order, these motions are also denied.

On February 10, 2026, Plaintiff also filed a motion to declare Judge Rearden's February 10, 2026 order void. ECF No. 29. Plaintiff has not brought forth any basis to render Judge Rearden's order void and thus this motion is also denied.

On February 11, 2026, Plaintiff also filed for a writ of mandamus, requesting that the court vacate Judge Rearden's February 10, 2026 order and reassign the matter to a different district judge. ECF No. 30. The motion is denied as frivolous.

On February 25, 2026, Defendants moved to dismiss Plaintiff's complaint. On the same day, Plaintiff moved for sanctions against Defendants and to strike Defendants' declarations. ECF Nos. 39-40. Plaintiff puts forth no reason to support these motions and thus these motions are also denied as frivolous.

Plaintiff also filed a "notice of attorney misconduct" because Defendants contacted him regarding a potential settlement. ECF Nos. 33, 34. There is nothing improper about Defendants discussing an ongoing matter with Plaintiff, as communication between the parties, including about settlement, is necessary for ongoing litigation.

Plaintiff is reminded that if he continues to file frivolous submissions in this action, the Court will direct him to show cause why he should not be barred from filing any future submissions without leave of Court. Plaintiff is further warned that the continued abuse of the judicial process could result in sanctions. See ECF No. 28.

The Clerk of the Court is respectfully directed to close the motions at ECF Nos. 24, 25, 26, 30, 34, 39, and 40.

**SO ORDERED.**

DATED:    New York, New York
          February 27, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge